

Stephen H. Orel – Direct:  212-743-7049 – sorel@ssrga.com

July 13, 2020

<u>By ECF</u>

Hon. James Orenstein
United States Magistrate Judge
United States Courthouse
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201
Chambers: Room 1227 South

Re*:*   *Gomel Capital Partners, LLC v.601 NE 29 Drive LLC, et al.,* 20-cv-1922  FB-JO

Dear Magistrate Judge Orenstein:

This firm represents plaintiff in this matter.  I am pleased to report that the parties have settled this matter and that I will be shortly filing a notice of dismissal  We regret not informing the Court sooner.

Respectfully submitted,


s/Stephen H. Orel
Stephen H. Orel



/2307994.1

SCHWARTZ
SLADKUS
REICH
GREENBERG
ATLAS LLP